# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHANOL BOOSTING SYSTEMS, LLC, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>           Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY<br><br>          Defendant. | Civil Action No. 20-cv-706-CFC<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 15 of the Court's Scheduling Order (D.I. 15), Plaintiffs Ethanol Boosting Systems, LLC and the Massachusetts Institute of Technology and Defendant Ford Motor Company (collectively, "the Parties") jointly provide this Joint Claim Construction Chart (1) identifying for the Court the 8 terms and phrases that Ford has identified for construction and 1 term Plaintiffs have identified for construction and (2) setting forth each party's proposed constructions with citations only to intrinsic evidence.

As set forth in its invalidity contentions, and as identified in the initial exchange of claim terms for construction, Ford also believes that a number of claim terms at issue in the patent are indefinite. However, it is the parties' understanding that the Court prefers to address indefiniteness issues separately from claim

construction. To the extent the Court would prefer to address indefiniteness issues at claim construction, the parties can supplement this document.

The Parties also attach a separate text-searchable PDF of each of the patents in issue, as well as U.S. Patent Application Nos. 10/991,774 (the "'774 Application") and 11/100,026 (the "'026 Application"), to which the patents each claim priority. The Parties also attach a copy of U.S. Patent No. 7,225,787 (the "'787 Patent"), which issued from the '026 Application. Below is a key for such materials:

| Exhibit | Document Description |
|---------|----------------------|
| 1. | U.S. Patent Application No. 11/100,026 (the "'026 Application")[1] |
| 2. | U.S. Patent Application No. 10/991,774 (the "'774 Application") |
| 3. | U.S. Patent No. 9,708,965, dated July 18, 2017 |
| 4. | U.S. Patent No. 10,619,580, dated April 14, 2020 |
| 5. | U.S. Patent No. 10,781,760, dated September 22, 2020 |
| 6. | U.S. Patent No. 7,225,787, dated June 5, 2007 |

## I.   Agreed Claim Constructions

The parties have stipulated to the following constructions for the following claim terms and respectfully request that the Court include these constructions in its claim construction order:

| Term | Construction |
|------|--------------|
| **"port fuel injection"** | "injection of fuel into an intake port or intake manifold" |

---

[1] Because each of the asserted patents shares a common specification with that included in U.S. Patent Application No. 11/100,026, for the Court's convenience Plaintiffs cite to this document in lieu of the individual specifications. Ford cites to the individual specifications of the Asserted Patents.

| | |
|---|---|
| ['965: Claims 13, 16, 18; 580: Claims 1, 13, 23; 760:1, 13, 21, 29] | |
| **"second fueling system that injects fuel into a region outside of the cylinder"**<br><br>['965: Claims 1, 14, 17, 19]<br><br>**"second fueling system that uses port fuel injection"**<br><br> ['580: Claims 1, 13, 23; 760: Claims 1, 13, 21, 29]<br><br>**"increases knock suppression by evaporative cooling"**<br><br>['965: Claims 1, 14, 17, 19] | Plain and ordinary meaning. |
| **"closed loop control that utilizes a sensor that detects knock"**<br><br>['965: Claims 1, 14, 17, 19] | Plain and ordinary meaning. |
| **"range of torque"**<br><br>['965: Claims 1, 11, 14, 17, 19; 580: Claims 1, 13, 23; 760: Claims 1, 13, 21, 29]<br><br>**"torque range"**<br><br>['580: Claims 1, 3-8, 13, 18-20, 23, 25; 760: Claims 1-9, 13, 21, 23, 29, 31] | Plain and ordinary meaning. |
| **"use spark retard to change the fraction of fueling provided by the first fueling system to zero"**<br><br>['580: Claims 16, 30; 760: Claim 15] | "use spark retard so as to reduce to zero the amount of fuel that is provided by direct injection" |

Case 1:20-cv-00706-CFC-JLH   Document 41   Filed 12/08/20   Page 4 of 16 PageID #: 798

| | |
|---|---|
| **"matched to that needed to prevent knock"**<br><br>['965: Claim 9] | Plain and ordinary meaning. |
| **"the minimum needed to prevent knock"**<br><br>['965: Claim 10] | Plain and ordinary meaning. |
| **"to be substantially equal to"**<br><br>['580: Claims 9, 24; 760: Claim 8] | Plain and ordinary meaning. |
| **"are operable throughout"**<br><br>['580: Claims 1, 13, 23; 760: Claims 1, 13, 21, 29]<br><br>**"is operable throughout"**<br><br>['580: Claims 1, 13, 23; 760: Claims 1, 13, 21, 29]<br><br><br>**"is not operable throughout"**<br><br>['580: Claims 1, 13, 23; 760: Claims 1, 13, 21, 29] | Plain and ordinary meaning. |
| **"variable valve timing is used to decrease the octane requirement of the engine"**<br><br>['965: Claim 5] | Plain and ordinary meaning. |
| **"configured to provide a uniform fuel distribution in at least one cylinder"** | Plain and ordinary meaning. |

4

| | |
|---|---|
| ['760: Claims 10, 24]<br><br>**"configured to provide a uniform distribution of fuel in at least one cylinder"**<br><br>['760: Claim 17] | |
| **"wall wetting"**<br><br>['965: Claim 19]<br><br>**"carried out so as to minimize wall wetting"**<br><br>['965: Claim 19] | Plain and ordinary meaning. |
| **"injected so as to provide non-uniform distribution of fuel in the cylinder"**<br><br>['965: Claim 17] | Plain and ordinary meaning. |

## II.  Disputed Claim Constructions

The following terms/phrases remain in dispute:

1. **"directly injected fuel"** ['965: Claim 21] **/ "fueling that is provided by the first fueling system"** ['760: Claims 21, 29] **/ "fueling from the first fueling system"** ['580: Claim 6] **/ "fuel provided by the first fueling system"** ['965: Claim 6] / **"first fueling system that directly injects fuel"** ['965: Claims 1, 14, 17, 19] / **"first fueling system that uses direct injection"** ['580: Claims 1, 13; 760:1, 13] / **"first fueling system configured to directly inject fuel"** ['580: Claim 23; '760: Claims 21, 29] / **"direct injection of fuel"** ['965: Claim 19] / And variants thereof.

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| "Fuel": Plain and ordinary meaning. | "a fuel that contains an anti-knock agent that is not gasoline, and that is |

| "direct injection": "direct injection of fuel into a cylinder"[2] | different from the fuel used for port injection/in the second fueling system." |
|---|---|
| **Intrinsic Support[3]:**<br><br>- Ford I, D.I. 140, at 1, 2.<br><br>- Ex. 1 ('026 Application), at 1:9-11, 1:25-28, 2:9-23, 11:29-31, 13:19-21, 14:3-5, 15:28-30, 17:5-11.<br><br>- Exs. 3-5 ('965, '580, and '760 Patents: All Claims).<br><br>- Ex. 2 ('774 Application), at Original Claim 15.<br><br>- Ford's US10,138,826 IPR Petition, at 20; Ford's US8,069,839 IPR Petition, at 20-21, Ford's US9810166 IPR Petition, at 21-22; Ford's US9,255,519 IPR Petition, at 20-21. | **Intrinsic Support:**<br><br>- Ford I, D.I. 140, at 1, 2.<br><br>- Ex. 3 ('965 Patent) at Title; Abstract; 1:20-23, 1:24-41, 1:45-2:24, 2:50-16:56, Claims 1-21; Tables 1, 2, and 3; Figs. 1, 2A, 2B, 3, 4A, 4B, and 5.<br><br>- Ex. 4 ('580 Patent) at Title; Abstract; 1:31-34; 1:35-52; 1:56-2:34; 2:60-16:59; Claims 1-31; Tables 1, 2, and 3; Figs. 1, 2A, 2B, 3, 4A, 4B, and 5.<br><br>- Ex. 5 ('760 Patent) at Title; Abstract; 1:33-36; 1:37-54; 1:58-2:36; 2:62-16:59. Claims 1-33; Tables 1, 2, and 3; Figs. 1, 2A, 2B, 3, 4A, 4B, and 5.<br><br>- '026 Appl. Pros. History at 18-23 (March 7, 2007 Notice of Allowance and Interview Summary), 29-37 (November 30, |

---

[2] Ford does not dispute that "direct injection" refers to the "direct injection of fuel into a cylinder," as agreed between the parties in *Ford I*.

[3] The parties reserve the right to object to the inclusion of "intrinsic support" identified by the other party, including objection as to whether the cited "support" should be considered part of the intrinsic evidence.

| | |
|---|---|
| | 2006 Amendment and Response to Office Action), 42-48 (August 3, 2006 Office Action), 77-90 (May 19, 2006 Preliminary Amendment).<br><br>• '774 Appl. Pros. History at 24-27 (July 27, 2007 Terminal Disclaimer), 34-39 (May 25, 2007 Office Action), 54-57 (December 19, 2006 Advisory Action Before the Filing of an Appeal Brief), 64-72 (November 30, 2006 Amendment after Final Office Action), 73-85 (September 27, 2006 Final Office Action), 91-103 (July 6, 2006 Amendment and Response to Office Action), 113-122 (April 25, 2006 Office Action), 162-169 (December 22, 2004 Preliminary Amendment).<br><br>• '157 Appl. Pros. History at 117-126 (May 13, 2010 Office Action), 149-158 (June 18, 2010 Amendment and Response to Office Action), 162-171 (September 2, 2010 Final Office Action).<br><br>• '034 Appl. Pros History at 182-190 (April 24, 2012 Restriction Requirement), 193 (April 26, 2012 Response to Restriction Requirement), 197-204 (June 14, 2012 Office Action), 224-230 (September 10, 2012 Amendment and Remarks), 234- |

|  | 241 (January 9, 2013 Final Office Action), 253-260 (March 22, 2013 Amendment and Response to Final Office Action).<br><br>• '100 Appl. Pros. History) at 185-196 (November 13, 2017 Office Action. |
|---|---|

2.   **"increases knock suppression by evaporative cooling"** ['965: Claims 1, 14, 17, 19]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | This term should not be afforded any patentable weight. |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 1:20-1:23, 3:13-3:18, 6:14-6:21, 8:1-8:7, 8:19-21, 9:17-21, 21:1-7.<br><br>• Ex. 3 ('965 Patent), at Claims 1, 14, 17, 19. | **Intrinsic Support:**<br>• Ex. 2 ('774 Application) at 2:7-22, 6:5-7 (citing J. Stokes, et al., "A Gasoline Engine Concept For Improved Fuel Economy-The Lean-Boost System," SAE Paper 2001-01-2902).<br><br>• Ex. 3 ('965 Patent) at Abstract, 1:24-29, 37-41, 60-65, 2:50-58, 3:38-58 (citing R. J. Kee, F. M. Rupley, J. A. Miller, M. E. Coltrin, J. F. Grear, E. Meeks, H.K. Moffat, A.E. Lutz, G. Dixon-Lewis, M. D. Smooke, J. Warnatz, G. H., Evans, R. S. Larson, R. E. Mitchell, L. R. Petzold, W. C. Reynolds, M. Caracotsios, W. E. Stewart, P. Glarborg, C. Wang, O, Adigun, |

| |
|---|
| W. G. Houf, C. P. Chou, S. F. Miller, P. Ho, and D. J. Young, CHEMKIN Release 4.0, Reaction Design, Inc., San Diego, Calif. (2004);  Curran, H. J., Gaffuri, P., Pitz, W. J., and Westbrook, C. K. "A Comprehensive Modeling Study of iso-Octane Oxidation," Combustion and Flame 129:253-280 (2002)), 4:1-5, 20-44, 4:61-5:10, 5:33-6:34, 6:55-57, 12:14-18, 14:41-15:35, 15:60-16:27; 16:55-56; Claims 1, 14, 17, 19; Tables 1, 2, and 3; Figs. 1, 2A, and 2B. |
| • Transcript of the Deposition of Patent Owner's Expert Mr. Neil E. Hannemann, August 12, 2020, IPR2019-01401 (U.S. Pat. No. 9,255,519), at 41:25-42:20. |

3.  **[where open loop control is] "used during transients in engine load"** ['965: Claims 1, 14, 19] / **[wherein the fuel management system is configured to use open loop control] "during transients in torque"** ['760: Claim 25]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "used during changes in engine load" <br><br> "during changes in torque" |
| **Intrinsic Support:** <br> • Ex. 1 ('026 Application), at 11:1-3, 12:18-20, 12:29-13:2, 13:19-21. | **Intrinsic Support:** <br> • Ex. 3 ('965 Patent) at 9:3-9, 23-29, 56-60; Claims 1, 14, 17, 19. |

| | |
|---|---|
| • Ex. 3 ('965 Patent), at Claims 1, 14, 19.<br><br>• Ex. 5 ('760 Patent), at Claim 15. | • Ex. 5 ('760 Patent) at 9:12-19; 33-39; 9:66-10:3; Claim 25.<br><br>• '965 Patent Pros. History) at 101-106 (December 8, 2016 Office Action), 126-133 (February 8, 2017 Amendment and Response to Office Action. |

4. **"fuel from the first fueling system is introduced when the engine torque is above a selected value"** ['965: Claim 4] / **"selected value of torque at which the first fueling system is also employed"** ['965: Claim 12]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "any value of torque where, above that value, both fueling systems are used"<br><br>"any value of torque where, at that value, both fueling systems are used" |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 1:28-2:3, 3:24-5:6, 10:24-11:11, 11:26-11:31, 12:29-13:26, 14:12-17, 17:12-19, 21:1-7.<br><br>• Ex. 3 ('965 Patent), at Claims 4, 12. | **Intrinsic Support:**<br>• Ex. 3 ('965 Patent), 1:54-59; 7, 57-58, 7:66-8:3,9:23-29, 9:56-67, 16:42-54, Claims 1, 4, 12.<br><br>• '100 Appl. Pros. History) at 185-196 (November 13, 2017 Office Action. |

5.      **"during engine start up"** ['965: Claim 14]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "a period of engine operation of at least the first 30 seconds" |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 14:1-3, 14:3-6.<br><br>• Ex. 3 ('965 Patent), at Claims 14, 15. | **Intrinsic Support:**<br>• Ex. 3 ('965 Patent) at 10:7-16; Claims 14, 15. |

6.      **"the fuel being injected into hot gas and well wetting being reduced."** ['580: Claim 27] **/ "the fuel is directly injected so that it encounters higher temperature gas when it is injected"** ['965: Claim 20]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "hot gas" shall be construed as "gas that has been heated sufficiently by substantial compression that the injector avoids wall wetting by fuel vaporization"<br><br>"higher temperature gas" shall be construed as "gas that has been heated sufficiently by substantial compression that the injector avoids wall wetting by fuel vaporization" |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 6:8-10, 9:12-16; 9:17-21; 9:22-29; 14:18-22. | **Intrinsic Support:**<br>• Ex. 3 ('965 Patent) at 6:55-7:4-17, 10:33-58; Claims 20, 21; Table 1, 2; Figs. 2A, 2B. |

| | |
|---|---|
| • Ex. 3 ('965 Patent), at Claim 20.<br><br>• Ex. 4 ('580 Patent), at Claim 27. | • Ex. 4 ('580 Patent) at 6:52-7:22; 10:38-63; Claims 26, 27; Table 1, 2; Figs. 2A, 2B. |

7. **"when to provide fueling"** ['580: Claims 10, 17, 22, 23]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "when to provide fueling from the first fueling system" |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 1:20-23, 4:6-8, 9:30-10:2, 17:6-11.<br><br>• Ex. 4 ('580 Patent), at Claims 10, 17, 22, 23. | **Intrinsic Support:**<br>• Ex. 4 ('580 Patent) at Abstract, 1:35-40; 48-52; 2:4-9; 2:60-3:1; 3:50-4:3; 4:12-16; 4:29-43; 5:6-17; 5:37-6:52; 6:62-65; 12: 20-24; 14:46-15:34; 15:60-16:26; 16:53-59; Claims 10, 17, 22, 23; Fig. 2A, 2B. |

8. **"end gas"** ['760: Claims 18, 22]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Plain and ordinary meaning. | "un-combusted air/fuel mixture remaining after 75% (by mass) of the fuel has combusted" |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 4:9-5:14; 14:24-25, 15:4-12; 15:17-21; 15:24-27; 16:25-27.<br><br>• Ex. 5 ('760 Patent), at Claims 18, 22. | **Intrinsic Support:**<br>• Ex. 5 ('760 Patent) at 4:4-18, 11:3-41, 12:19-26; Claims 18, 22. |

| | |
|---|---|
| • Ex. 2 ('774 Application), at 7:18-21. | |

9. **"spark ignition engine"** ['965, '580, '760 Patents, All Claims]

| Plaintiffs' Construction: | Ford's Construction: |
|---|---|
| Preamble is limiting. Plain and ordinary meaning. | This term is not limiting. |
| **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at 1:9-11, 1:12-15, 1:19-23, 1:25-2:11, 2:16-19, 2:25-28, 3:11-4:2, 4:10-15, 4:29-5:6, 6:1-10, 6:16-21, 7:3-9:11, 9:17-21, 10:3-10, 10:24-30, 11:24-31, 12:29-13:26, 15:6-19, 15:19-27, 16:28-17:2, 17:20-26, 19:5-9, 20:11-22:27.<br><br>• '026 App. Pros. Hist., at 11/30/2006 Amendment.<br><br>• Exs. 3-5 ('965, '580, and '760 Patents): All Claims. | **Intrinsic Support:**<br>• Ex. 1 ('026 Application), at Claims 1, 2, 8, 36, 38, and 42.<br><br>• Ex. 2 ('774 Application), at 2:4-6, 7-16, 3:2-5, Claims 1, 12, 19, and 21.<br><br>• Ex. 3 ('965 Patent), at Abstract, 1:21-23, 1:45-48, 5:52-6:34, 7:23-35, 8:25-45, 11:7-29, 11:62-12:19, Figs. 3-5, Claims 1, 7, 14, 17, and 19.<br><br>• Ex. 4 ('580 Patent) at Abstract, 1:31-34; 56-59; 6:3-42; 7:29-40; 8:31-51; 11:13-29; 12:1-25; Figs. 3-5; Claims 1, 3, 4, 6, 10, 13, 17, 19, 23.<br><br>• Ex. 5 ('760 Patent) at Abstract; 1:33-36; 1:58-61; 6:3-43; 7:31-42; 8:33-54; 11:19-41; 12:7-31; Claims 1, 3, 10, 11, 12, 13, 17, 18, 20, 21, 22, 24, 28, 29, 33; Figs. 3-5. |

| | |
|---|---|
| | • Ex, 6 ('787 Patent) at Claims 1-4.<br><br>• '026 App. Pros. Hist., at 29-37 (November 30, 2006 Amendment and Response to Office Action), 42-48 (August 3, 2006 Office Action).<br><br>• '157 Appl. Pros. History at 117-126 (May 13, 2010 Office Action), 149-158 (June 18, 2010 Amendment and Response to Office Action), 162-171(September 2, 2010 Final Office Action).<br><br>• '034 Appl. Pros History at 234-241 (January 9, 2013 Final Office Action), 253-260 (March 22, 2013 Amendment and Response to Final Office Action). |

Dated:  December 8, 2020

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Matthew R. Berry (admitted *pro hac vice*)
Andres C. Healy (admitted *pro hac vice*)
Steven M Seigel (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
mberry@susmangodfrey.com
ahealy@susmangodfrey.com
sseigel@susmangodfrey.com

William D. O'Connell (admitted *pro hac vice*)
SUSMAN GODFREY, LLP
1301 Ave. of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

*Attorneys for Plaintiffs*

15

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

—————————————————————

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
Michelle Streifthau-Livizos (#6584)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com
mstreifthau-livizos@mnat.com

*Attorneys for Defendant Ford Motor Company*

OF COUNSEL:
 Michael S. Connor
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street
Charlotte, NC  28280
(704) 444-1022

Natalie C. Clayton
Andrew J. Ligotti
Katie Burkhart
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY  10016
(212) 210-9573

Brian Hill
ALSTON & BIRD LLP
950 F Street NW
Washington, DC  20004
(202) 239-3733