# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHANOL BOOSTING SYSTEMS, LLC, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | Civil Action No. 20-cv-706-CFC-JLH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' DISCLOSURE PURSUANT TO THE COURT'S STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Plaintiffs Ethanol Boosting Systems, LLC ("EBS") and Massachusetts Institute of Technology ("MIT") (collectively, "Plaintiffs") hereby submit this Disclosure pursuant to the Court's April 18, 2022 STANDING ORDER REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS ("Order") and state as follows:

Plaintiffs have arrangements with a Third-Party Funder. The identity, address, and place of formation of the Third-Party Funder are as follows:

**Name:**     Longford Capital Fund II, LP

**Address**:   C/O Longford Capital Management LP
35 West Wacker Dr., Suite 3700
Chicago, IL 60601

1

**Place of Formation**:  Delaware

No approval from the Longford Capital Fund II, LP, is necessary for litigation or settlement decisions in the action.

Longford Capital Fund II, LP, holds a non-recourse interest in proceeds from the above-captioned litigation and a collateral security interest in such proceeds. Longford Capital Fund II, LP, has no rights to, or ownership interest in, the patents-in-suit. Longford Capital Fund II, LP, also has no right to control any party or any aspect of this litigation.

Dated:  October 11, 2022

Of Counsel:

Matthew R. Berry
Andres C. Healy
Steven M Seigel
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
mberry@susmangodfrey.com
ahealy@susmangodfrey.com
sseigel@susmangodfrey.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*