IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHANOL BOOSTING SYSTEMS, LLC and THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | C.A. No. 20-706-CFC |

**JOINT STATUS REPORT, STIPULATION, AND MOTION FOR FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE**

On November 30, 2023, the parties filed a joint status report notifying the Court that Ethanol Boosting Systems, LLC and The Massachusetts Institute of Technology (collectively "EBS") were deciding whether to appeal the Final Written Decisions in *Ford Motor Co. v. Massachusetts Institute of Technology*, Case Nos. IPR2021-00339, -340, -341 (P.T.A.B. Nov. 22, 2022) (the "Ford IPRs"). EBS and Ford Motor Co. ("Ford") requested this case remain stayed during the pendency of any appeal. D.I. 94.

On January 19, 2024, EBS filed notices of appeal in the three Ford IPRs. On December 23, 2025, the Federal Circuit issued an Opinion affirming all three Final Written Decisions, holding Claims 1, 3–5, 11–17, 19, and 21 of U.S. Patent No. 9,708,695; Claims 1, 2, 5–15, 18, 20–21, 23, 25, 27–29, and 31 of U.S. Patent No. 10,619,580; and Claims 1, 4, 6–15, 18, 20–29, 31 and 33 of U.S. Patent No. 10,781,760 (altogether, the "Invalidated Claims") unpatentable as obvious under 35 U.S.C. § 103. *See Ethanol Boosting Systems, LLC v. Ford Motor Co.*, 162 F.4th 1151 (Fed. Cir. 2025). The Federal Circuit's Mandate issued on February 13, 2026.

1

EBS and Ford (the "Parties") hereby notify the Court that the Parties have reached terms of an agreement. The Parties hereby stipulate and agree to the entry of a final judgment of invalidity and non-infringement of the Invalidated Claims pursuant to Fed. R. Civ. P. 54. The Parties further hereby stipulate and agree to an order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 as to all remaining claims and counterclaims asserted by EBS and Ford, with each side is to bear its own costs and fees, including attorneys' fees.

Accordingly, the Parties respectfully request that the Court issue a final judgment of invalidity and non-infringement of the Invalidated Claims pursuant to Fed. R. Civ. P. 54 and an Order dismissing all remaining claims and counterclaims with prejudice pursuant to Fed. R. Civ. P. 41, with each side is to bear its own costs and fees, including attorneys' fees.  A proposed Final Judgment is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: February 24, 2026 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/ Rodger D. Smith II |
| Brian E. Farnan (Bar No. 4089) | Rodger D. Smith II (#3778) |
| Michael J. Farnan (Bar No. 5165) | 1201 North Market Street |
| 919 N. Market St., 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| (302) 777-0301 | rsmith@mnat.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Attorneys for Defendant Ford Motor Company* |
| Matthew R. Berry (admitted pro hac vice) | |
| Andres C. Healy (admitted pro hac vice) | |
| Steven M. Seigel (admitted pro hac vice) | OF COUNSEL: |
| SUSMAN GODFREY L.L.P. | |
| 1201 Third Ave, Suite 3800 | Michael S. Connor |
| Seattle, Washington 98101 | ALSTON & BIRD LLP |
| Telephone: (206) 516-3880 | Vantage South End |
| Facsimile:  (206) 516-3883 | 1120 S Tryon St. #300 |

2

mberry@susmangodfrey.com
ahealy@susmangodfrey.com
sseigel@susmangodfrey.com

Attorneys for Plaintiffs

Charlotte, NC 28203
(704) 444-1022

Natalie C. Clayton
Andrew J. Ligotti
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016

*Attorneys for Defendant Ford Motor
Company*

3